UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )   NO. 3:10-0289
                                    )   JUDGE CAMPBELL
ADRIAN LEWIS                        )

ORDER

The sentencing hearing in this case is set for October 5, 2012, at 1:00 p.m. The Defendant shall attend all Court hearings in this case.

All motions for a departure or pursuant to <u>United States v. Booker</u>, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

The Defendant shall be returned to state custody pending sentencing. The Government shall be responsible for ensuring the presence of the Defendant at sentencing.

It is so ORDERED.

                                                           TODD J. CAMPBELL
                                                          UNITED STATES DISTRICT JUDGE